**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MEMO FOR: U.S. DISTRICT JUDGE WILLIAM E. SMITH**

**RE: TELEPHONIC RULE 16 CONFERENCE**

**CASE NUMBER: 04-46S**

**DATE: SEPTEMBER 15, 2005**
**11:00 A.M.**

**TITLE OF CASE: MARIANO JIMINEZ V. A.T. WALL**

---

**JACOB HAGOPIAN, U.S. MAGISTRATE JUDGE**

---

**COUNSEL PRESENT**

**PLT: Mariano Jiminex, pro se**
**DEF: Sean Fontes, Esq., Michael Grant, Esq., Tom Palombo, Esq.**

---

**MINUTES OF PROCEEDINGS:**

**Telephonic Rule 16 conference held. A Rule 16 Pre-trial Order was entered.**

**During the conference, settlement possibilities were discussed. The Dept of Corrections will furlough the plaintiff to Rhode Island Hospital for a medical evaluation. Following the evaluation, the defendants will report back on whether they will settle the case.**