# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**MARIANO A. JIMENEZ** :
:
:
**v.** : **C.A. No. 05-046S**
:
**ASHBEL T. WALL, in his official capacity as** :
**DIRECTOR of DEPARTMENT OF** :
**CORRECTIONS and in his individual capacity,** :
**JANE and JOHN DOE** :

## MOTION TO STAY PRETRIAL ORDERS

Now comes Defendant, ASHBEL T. WALL in his official capacity as DIRECTOR of the DEPARTMENT OF CORRECTIONS and hereby respectfully request that this Honorable Court Stay Pretrial Orders through January 22, 2005.

1) On April 5, 2005, Plaintiff filed Complaint alleging among other allegations that Defendant violated his civil rights by failing to provide reasonable accommodations for disabilities that affect his ability to urinate. See Exhibit A, "Plaintiff's Complaint."
2) Pursuant to Pretrial Conference, all parties agreed to consider settlement depending upon results of medical evaluation.
3) Pursuant to Pretrial Conference, Magistrate Hagopian ordered Plaintiff to receive medical evaluation.
4) On October 6, 2005, Plaintiff was seen by Rhode Island Hospital concerning his alleged disabilities. He was prescribed medication and told to return in three months for further evaluation. See Exhibit B, "Medical Report."

5) After Pretrial Conference, Magistrate Hagopian issued written Pretrial Order that stated among other orders that all factual discovery and filings of dispositive motions are to close on October 17, 2005. See Exhibit C, "Pretrial Order."

6) Without a complete medical evaluation, Defendant is without sufficient information to support a basis for settlement of this matter.

Wherefore, Defendant, respectfully requests that the Honorable Court grant this Motion to Stay Pretrial Orders through January 22, 2005 and such other and further relief as this Honorable Court deems justice may require

Respectfully submitted,

DEFENDANT
By Its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Sean M. Fontes, Esq.
~~Special~~ Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Tel: (401) 274-4400 ext. 2245
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Answer was mailed, postage prepaid, on this 18th day of October, 2005, to Mariano Jimenez, P.O. Box 8273, Cranston, R.I. 02920.

Adrienne Roy