# EXHIBIT B

**State of Rhode Island**
**Department of Corrections**
**Health Services**
**Continuity of Care – Request for Referral**

Referral to: _____
Date of referral: 9/23/05
Address: _____
Appt Date: 10/6/05
Appt Time: 2P
Phone #: _____
Facility: _____

**Special Instructions:** [ ] NPO
[ ] Other

Pt Name: _____ Mariano
D.O.C. Physician: _____
DOB _____ ID# _____
Phone # _____ Beeper# 460-0357

**Department of Corrections – Health Services (Must Be Completed)**
Attach the following
[ ] Medication Record [ ] Lab Results [ ] X-ray Reports [ ] Recent Contact Notes [ ] Problem List [ ] Other _____
Allergies: [X] No known drug allergies [ ] Yes _____
Reason for Visit: [ ] Emergency [ ] Urgent [X] New Referral [X] Follow-up Visit (Please list)
Brief description of problem:

H/O BPH for f/u

Nurse's Signature _____ Date _____ D.O.C. Physician [signature] Date 9/23/05
Medical Program Director _____

**Consulting Physician/Clinic/Service (Must be completed)**
Attach the following: [ ] Physician Notes & Diagnosis [ ] Test Results
*Physicians findings, recommendations, and/or orders for the medical necessity of continuance of professional care (nursing, therapy, dietary, other). Specify treatment frequency, duration, and extent. Include activity limitations.*

BPH US- shadow -
– will restart Flomax 0.4mg PO qHS
– today: UA, chem 7, PSA
– RTC 3mo for cystoscopy

Follow-up Visit requested: _____ Week(s) 3 Month(s) _____ Day(s)
Physician's Name (please print) _____ Phone _____
Physician's Signature [signature] Date _____

Original – D.O.C. Medical Record Copy 1 – Receiving Agency Copy 2 – Chart Copy pending completed original Revised: 08/03