**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARIANO A. JIMENEZ** | : | |
| | : | |
| | : | |
| **v.** | : | **C.A. No. 05-046S** |
| | : | |
| **ASHBEL T. WALL, in his official capacity as** | : | |
| **DIRECTOR of DEPARTMENT OF** | : | |
| **CORRECTIONS and in his individual capacity,** | : | |
| **JANE and JOHN DOE** | : | |

**DEFENDANT'S MOTION TO EXTEND STAY OF PRETRIAL ORDERS**

Now comes Defendant, ASHBEL T. WALL in his official capacity as DIRECTOR of the DEPARTMENT OF CORRECTIONS and hereby respectfully request that this Honorable Court Extend Stay of Pretrial Orders through February 24, 2006.

As grounds for the Motion to Extend Stay of Pretrial Orders, Defendant states the following:

1) On April 5, 2005, Plaintiff filed a Complaint, alleging that he suffers from disabilities that affect his ability to urinate, and that Defendant violated his civil rights by failing to provide reasonable accommodations. See Exhibit A, "Plaintiff's Complaint."
2) On September 15, 2005, during the Pretrial Conference, the Parties agreed to settle this matter if a medical evaluation concludes that Plaintiff suffers from his alleged disabilities.

3) On November 10, 2005, Defendant's Motion to Stay Pretrial Orders up and until January 22, 2006 was granted. See Exhibit B, "Motion to Stay Pretrial Orders, Granted."

4) Since Plaintiff's medical evaluation has been postponed until February and since the necessity of the Pretrial Orders is subject to the results of Plaintiff's medical evaluation, the original stay of Pretrial Orders needs to be extended. See Exhibit C, "Pretrial Order."

Wherefore, Defendant, respectfully requests that this Honorable Court grant Defendant's Motion to Extend Stay of Pretrial Orders through February 24, 2005 and grant such other and further relief as this Honorable Court deems justice may require

Respectfully submitted,

DEFENDANT
By Its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Sean M. Fontes, Bar No. 6403
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Tel: (401) 274-4400 ext. 2245
Fax: (401) 222-2995
sfontes@riag.state.ri.us

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Answer was mailed, postage prepaid, on this 23 day of January, 2006, to Mariano Jimenez, P.O. Box 8273, Cranston, R.I. 02920.

Colleen Cole