**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARIANO A. JIMENEZ**

**v.** **C.A. No. 05-046 S**

**ASHBEL T. WALL, et al.**

# ORDER

This matter is before the Court on the motion of defendant A.T. Wall to extend the stay of the pretrial order. Said motion is **GRANTED**.

**IT IS HEREBY ORDERED:**

**1**. Expert discovery disclosures shall be made by the parties on or before March 14, 2006;

**2**. Dispositive motions, if any, shall be filed on or before March 14, 2006, shall comply with the pretrial order issued in this case on September 15, 2005, and shall comply with LR Cv. 56; and

**3**. Pretrial Memoranda shall be filed fourteen days following a decision on any dispositive motions and shall comply with the pretrial order issued in this case on September 15, 2006. If no dispositive motions are filed, pretrial memoranda shall be filed on or before March 28, 2006.

Jacob Hagopian
Senior United States Magistrate Judge
January 31, 2006