UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARIANO JIMENEZ

v. C. A. NO. 05-046 S

A. T. WALL, ET AL

DISMISSAL STIPULATION

Parties to the instant action hereby dismiss the instant action with prejudice. Defendants shall arrange for a full and complete psychiatric evaluation to be conducted upon the Plaintiff as soon as reasonably possible. Plaintiff shall receive the results of said evaluation.

DEFENDANTS,
By Their Attorney,

**RECOMMEND APPROVAL:**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: March 7, 2006**

Sean Fontes, Esq.
Special Assistant Attorney General
State of Rhode Island
Department of the Attorney General
150 S. Main Street
Providence, Rhode Island 02903

Enter
WSmith
3/8/06

PLAINTIFF,

Mariano Jimenez, Pro Se